# EXHIBIT A

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUPERIOR COURT

X *Providence County*
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

___ *Kent County*
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

___ *Newport County*
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ *Washington County*
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

CIVIL ACTION, FILE No. 08-2957

VICTOR CORTES
**Plaintiff**

STAGEBANDS, INC. d/b/a GIZA and ANTHONY MASSARONE
**Defendant**

## *Summons*

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Anthony J. Gianfrancesco, Esq. Plaintiff's attorney, whose address is 155 South Main Street Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: April 17, 2008

**(Seal of the Superior Court)**

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**

**VICTOR CORTES**
*Plaintiff*

**v.**

**C.A. No.: 08-** 2957

**STAGEBANDS, INC. D/B/A GIZA, and ANTHONY MASSARONE, Alias**
*Defendants*

**COMPLAINT**
(PARTIES AND JURISDICTION)

1. The Plaintiff, Victor Cortes, is and was at all relevant times hereto a resident of the City of Providence, State of Rhode Island.

2. The Defendant, Stagebands, Inc., D/B/A Giza was at all relevant times hereto a Rhode Island Corporation, licensed to do business within this state, with a principal place of business located at 95 Hartford Avenue, in the City of Providence, and State of Rhode Island.

3. The Defendant, Anthony Massarone, is and was at all relevant times hereto a resident of the Commonwealth of Massachusetts.

4. The Defendant, Anthony Massarone, is and was at all relevant times hereto the President and Owner of Defendant, Stagebands, Inc., D/B/A Giza.

5.

6. The Plaintiff, Victor Cortes, has suffered damages in an amount sufficient to confer jurisdiction upon this Honorable Court.

<u>COUNT I</u>
(NEGLIGENCE- Stagebands, Inc.)

7. The Plaintiff realleges and affirms paragraphs 1 through 7 of this Complaint and incorporates them herein.

8. The Plaintiff, Victor Cortez, was at all relevant times hereto, lawfully on the premises of Defendant Stagebands, Inc. d/b/a Club Giza.

9. At all relevant times hereto, the Plaintiff, Victor Cortez, was in the exercise of due care.

10. The Defendant, Stagebands, Inc., d/b/a Club Giza, owed a duty to the Plaintiff, and other patrons, to provide for the safety of its patrons.

11. The Defendant, Stagebands, Inc., d/b/a Club Giza failed to provide adequate security on July 29, 2006.

12. The Defendant Stagebands, Inc., d/b/a Club Giza failed to provide adequate parking for the events of July 29, 2006.

13. The Defendant, Stagebands, Inc., d/b/a Club Giza breached its duty to Plaintiff, and to other patrons, to provide for their safety by failing to provide adequate security, and by failing to provide adequate parking.

14. On July 29, 2006, the Plaintiff, Victor Cortez suffered severe and permanent injuries while attending an event at Club Giza.

15. Medical personnel were delayed in treating the Plaintiff at Club Giza due to parking congestion.

16. As a direct and proximate result of the Defendant's breach, the Plaintiff, Victor Cortes, has suffered serious, permanent injury, as well as continued pain and suffering.

17. The Plaintiff, Victor Cortes, has incurred, and will continue to incur, significant medical expenses to treat his various injuries.

COUNT II
(Negligence- Anthony Massarone)

18. The Plaintiff realleges and incorporates paragraphs 1 through 16 of this Complaint.

19. The Defendant, Anthony Massarone, a licensee of Club Giza, owed a duty to the Plaintiff, and other patrons, to provide for the safety of his patrons.

20. The Defendant, Anthony Massarone, owed a duty to Plaintiff, and other patrons, to provide experienced employees.

21. The Defendant, Anthony Massarone, owed a duty to Plaintiff, and other patrons, to supervise his employees.

22. The Defendant, Anthony Massarone, owed a duty to supervise the maintenance and safety precautions of his facility at 95 Hartford Avenue.

23. The Defendant, Anthony Massarone, breached the aforementioned duties to the Plaintiff.

24. As a result of the Defendant's breach, the Plaintiff, Victor Cortes, has suffered serious, permanent injury, as well as continued pain and suffering.

25. The Plaintiff, Victor Cortes, has incurred, and will continue to incur, significant medical expenses to treat his various injuries.

COUNT III
(Respondeat Superior)

26. The Plaintiff realleges and incorporates paragraphs 1 through 24 of this Complaint.

27. The Defendant, Stagebands, Inc., d/b/a Club Giza, and/or Defendant, Anthony Massarone, hired various employees to work at the facility located at 95 Hartford Avenue.

28. Employees, acting within the scope of their employment, participated in physical altercations within the facility.

29. Employees failed to maintain control of the premises and contributed to the a general atmosphere of confusion and mayhem that ultimately lead to a dangerous situation.

30. As a direct and proximate result of the actions of Defendant's employees, the Plaintiff, Victor Cortes, suffered serious, permanent injury, as well as continued pain and suffering.

31. The Plaintiff, Victor Cortes, has incurred, and will continue to incur, significant medical expenses to treat his various injuries.

Respectfully submitted,
Plaintiff, Victor Cortes,
By his Attorney,

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903
(401) 331-1434

DEMAND FOR JURY TRIAL

The Plaintiff, Victor Cortes, hereby demands a trial by jury and appoints Anthony J. Gianfrancesco, Esq. as trial counsel.

Plaintiff
Victory Cortes,
By his Attorney,

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903
(401) 331-1434

Dated: 4/17/08