AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

MOUNT VERNON FIRE INSURANCE COMPANY

V.

STAGEHANDS, INC. d/b/a GIZA,
ANTHONY MASSARONE and TEL REALTY, LLC

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 08-

CA 08 224S

TO: (Name and address of defendant)

Anthony Massarone
20 Kevin Joe's Way
Wrentham, MA 02093

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Wollin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE June 4, 2008

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 12 June, 2008 |
|---|---|
| NAME OF SERVER (PRINT) George R. Clark | TITLE Constable #6025 |

*Check one box below to indicate appropriate method of service*

- [x] Served personally upon the defendant. Place where served: Wrentham Village Entrance One Premium Outlet Blvd., Wrentham, MA.
- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: ______
- [ ] Returned unexecuted: ______
- [ ] Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 25.00 | 45.00 | 70.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12 June 2008
Date

G. R. Clark Const. #6025
Signature of Server

84 Weaver Rd., Johnston, R.I. 02919
Address of Server

X Anthony Marra

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.