CLI:mes 6983/4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY | ) | |
| | ) | |
| VS. | ) | C.A. NO. 08-224-S |
| | ) | |
| STAGEHANDS, INC. d/b/a GIZA, ET AL | ) | |

**STIPULATION**

It is hereby agreed between the parties that:

Defendant, Tel Realty, LLC, may answer, plead or otherwise respond late and out of time up to and including August 1, 2008.

/s/ David A. Wollin
David A. Wollin, Esq. #4950
Attorney for Plaintiff
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
PHONE: (401) 274-7200
FAX: (401) 351-4607

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
Attorney for Defendant, Tel Realty, LLC
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DATED: 6/23/08