UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MOUNT VERNON FIRE INSURANCE<br><br>Plaintiff<br><br>VS.<br><br>STAGEHANDS, INC. d/b/a CLUB GIZA<br>ANTHONY MASSARONE and<br>TEL REALTY, LLC<br><br>Defendants | : | C.A. NO.: 08-224S |

**TIME EXTENSION**

Now comes the Plaintiff, Mount Vernon Fire Insurance Company, by and through its counsel and attorneys of record, and hereby agrees to grant and afford the Defendants, Stagehands, Inc. d/b/a Club Giza and Anthony Massarone, an extension consisting of an additional thirty (30) days, up to and including July 31, 2008, in which to Answer and or otherwise respond to the Plaintiff's Complaint.

Plaintiff
By its Attorney,

David A. Wollin, Esquire 4550
Adler Pollock and Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

Stagehands, Inc.
By its Agent,

Gerrick Van Deusen #2622
225 Broadway
Providence, Rhode Island 02903
(401) 383-8000 Telephone
(401) 453-3920 Facsimile

Not to be construed as an Entry of
Appearance on the part of Counsel

Dated: June 7, 2008