UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| VS. | : | C.A. No.: 1:08-cv-00224-S-DLM |
| STAGEHANDS, INC. d/b/a GIZA, ANTHONY MASSARONE, and TEL REALTY, LLC, | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE AS COUNSEL FOR THE DEFENDANTS**
**STAGEBANDS, INC. D/B/A GIZA AND ANTHONY MASSARONE**

Now comes Albin S. Moser, Esq. and hereby enters his appearance on behalf of Defendant Stagebands, Inc. d/b/a Giza, and Defendant Anthony Massarone, and hereby designates himself as trial counsel.

Respectfully submitted,

Defendants,
STAGEBANDS, INC., D/B/A GIZA
and ANTHONY MASSARONE,
By their Attorney,

/s/ Albin S. Moser
Albin S. Moser, Esq. (#6166)
111 Wayland Avenue
Providence, RI 02906
(401) 331-6100
(401) 273-0937 (Fax)
albinmoser@hotmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 31, 2008, I sent a true copy of the within Entry of Appearance by electronic means (ECF) to the following counsel of record:

For Plaintiff,
Mount Vernon Fire Insurance Company:

David A. Wollin, Esq.
dwollin@apslaw.com

/s/ Albin S. Moser, Esq.