HRR:tsp 6983/4 \pleading\69834EOA&WD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY | ) | |
| | ) | |
| VS. | ) | C.A. No. 08-224-S |
| | ) | |
| STAGEHANDS, INC. d/b/a GIZA, ANTHONY MASSARONE, and TEL REALTY, LLC | ) | |

**WITHDRAWAL OF APPEARANCE**

I, J. Renn Olenn, Esq. hereby withdraw my appearance on behalf of defendant, TEL Realty, LLC in the above captioned matter.

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**ENTRY OF APPEARANCE**

I, Holly R. Rao, Esq. hereby enter my appearance on behalf of the defendant, TEL Realty, LLC, with regard to the above-captioned matter.

/s/ Holly R. Rao, Esq.
Holly R. Rao, Esq. #3539
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 5th day of August, 2008, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

David A. Wollin, Esq.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

/s/ Holly R. Rao