O&P

OLENN & PENZA

ATTORNEYS AT LAW - LLP

September 11, 2008

The Honorable Judge William E. Smith
United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Re: Mount Vernon Fire Insurance Co. v. Stagebands, Inc., et al
Our File No. 6983/4

Dear Judge Smith:

I represent TEL Realty, LLC., a defendant in the within matter. I am seeking a continuance of the pre-trial conference currently scheduled for September 22nd at 3:30PM as I expect to be on trial before Judge McGuirl in the Providence Superior Court on that date. In the state court matter the parties have already argued pre-trial motions and marked exhibits. We expect to impanel on September 18th and the trial is expected to last 4 to 5 weeks.

In light of the same, I am requesting a 6 week continuance of the pre-trial conference. I have spoken to plaintiff's counsel and co-defendant's counsel and they are not opposed to the same. Thank you.

Very truly yours,

Holly R. Rao

Holly R. Rao
*hrr@olenn-penza.com*

HRR:lml \letters\69834JSmith
cc: David A. Wollin, Esq.
Albin S. Moser, Esq.

530 GREENWICH AVE WARWICK, RI 02886 PHONE (401) 737-3700 FAX (401) 737-5499 WWW.OLENN-PENZA.COM